# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| **LINDA L. GASPER,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**GREGORY FUNDING, LLC**,<br><br>Defendant. | Case No.1:21-cv-00621<br><br>Judge Solomon Oliver, Jr.<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

Plaintiff Linda L. Gasper, individually and on behalf of all others similarly situated, ("Plaintiff") voluntarily dismisses *with prejudice* all claims against Defendant Gregory Funding, LLC. pursuant to Civ. R. 41(A)(1).

**IT IS SO ORDERED.** On 7/1/2021 Defense counsel Jeffrey Turner indicated in an e-mail to the court that Defendant is in agreement with the dismissal with prejudice.
/s/ Solomon Oliver, Jr.
United States District Judge
7/1/2021

Respectfully submitted,

*/s/ Marc E. Dann*
Marc E. Dann (0039425)
Brian D. Flick (0081605)
Daniel M. Solar (0085632)
Michael A. Smith Jr. (0097147)
DANN LAW
P.O. Box 6031040
Cleveland, OH 44103
Telephone: (216) 373-0539
notices@dannlaw.com

Thomas A. Zimmerman, Jr. (*pro hac vice* anticipated)
tom@attorneyzim.com
Matthew C. De Re (*pro hac vice* anticipated)
matt@attorneyzim.com
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
Telephone: (312) 440-0020

*Counsel for Plaintiff Linda L. Gasper and the Putative Class and Subclasses*